FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 13 AM 10: 32

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THADDEUS JOHNSON #287782** | **CIVIL ACTION** |
| versus | **NO. 05-3668** |
| **N. BURL CAIN, WARDEN** | **SECTION: "A" (1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Thaddeus Johnson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8½ day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X / Dktd _____
___ CtRmDep _____
___ Doc. No. _____